UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KATHLEEN SPEED**                                                                         **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO.1:06CV318 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and JAMES KELLY CANNON**                                                 **DEFENDANTS**

### ORDER GRANTING SUMMARY JUDGMENT
### AND JUDGMENT OF DISMISSAL AS TO DEFENDANT JAMES KELLY CANNON

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED and ADJUDGED**

That the motions [7] [31] to dismiss filed by Defendant James Kelly Cannon shall be treated as motions for summary judgment, the Court having considered evidence outside the pleadings;

That the motions [7] [31] are hereby **GRANTED**;

That Defendant James Kelly Cannon is hereby **GRANTED SUMMARY JUDGMENT** with respect to the allegations made in the state court complaint, and James Kelly Cannon is hereby **DISMISSED** as a party defendant in this action;

That the motion [8] to remand this action is hereby **DENIED**;

That the motions [11] [12] [21] [29] [30] for extensions of time to file various pleadings in connection with these motions are hereby **DENIED AS MOOT**.

**DECIDED** this 8th day of March, 2007.

                                                                s/ L. T. Senter
                                                                Senior Judge